ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| E.R. Williams, Inc. ) | ASBCA No. 61732 |
| ) | |
| Under Contract No. W81XWH-08-D-0011 ) | |

APPEARANCES FOR THE APPELLANT: Steven A. Neeley, Jr., Esq.
John G. Stafford, Jr., Esq.
  Husch Blackwell LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Michael T. Patterson, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

ORDER OF DISMISSAL

On August 9, 2019, the parties notified the Board that they had reached settlement. On August 27, 2019, the parties filed a joint request for dismissal. Accordingly, this appeal has settled and is dismissed with prejudice.

Dated: August 28, 2019

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61732, Appeal of E.R. Williams, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals